UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYDIA GARCIA, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> INTELLIGROUP, INC., et al., <br><br> Defendant(s). | CIVIL ACTION NO. 04-4980 (JCL) <br><br> **MEMORANDUM AND ORDER** |
| VIJAYAN BHADRAKSHAN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> INTELLIGROUP, INC., et al., <br><br> Defendants(s). | CIVIL ACTION NO. 04-5129 (JCL) |
| JOSEPH ACKERMAN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> INTELLIGROUP, INC., et al., <br><br> Defendants(s). | CIVIL ACTION NO. 04-5133 (JCL) |

| | | |
|---|---|---|
| RON G. PECUNIA, et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION NO. 04-5498 (JCL) |
| v. | : | |
| INTELLIGROUP, INC., et al., | : | |
| Defendants(s). | : | |
| GEARGE E. AMOS, et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION NO. 04-5922 (JCL) |
| v. | : | |
| INTELLIGROUP, INC., et al., | : | |
| Defendants(s). | : | |
| ISA S. SIHWELL, et al., | : | |
| Plaintiff(s), | : | CIVIL ACTION NO. 04-5923 (JCL) |
| v. | : | |
| INTELLIGROUP, INC., et al., | : | |
| Defendants(s). | : | |

**LIFLAND, District Judge**

Before the Court is Magistrate Judge Falk's May 19, 2005 Report and Recommendation (R&R) recommending that the above-captioned related securities

class action cases be consolidated and that the Court grant the Motion of Senthilnathan Narayanan and Robert Farber (collectively, the "Narayanan Group") as co-lead plaintiffs and Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as lead counsel.[1] Defendants joined in the motion for consolidation and did not oppose the Motion for lead plaintiffs. No objections have been filed to the R&R.

The Court adopts Judge Falk's R&R in its entirety. These matters shall be consolidated, the Narayanan Group's Motion to be appointed as lead plaintiffs shall be granted, and Cohen, Milstein, Hausfeld & Toll shall be approved as lead counsel.

Accordingly, **IT IS** on this 10th day of August 2005,

**ORDERED** that Magistrate Judge Falk's Report and Recommendation dated May 19, 2005 is adopted and it is further

**ORDERED** that the securities class action matters docketed as Civil Action Nos. 04-4980(JCL), 04-5129(JCL), 04-5133(JCL), 04-5498(DMC), 04-5922(JCL), 04-5923(JCL) be consolidated; and it is further

**ORDERED** that the Motion of the Narayanan Group to be appointed as lead plaintiff is granted; and it is further

---

[1] There were competing Motions for lead plaintiff and lead counsel. Anthony Curzio, Michael Juppe, and Philip Ritchie moved for appointment as lead plaintiffs and for Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Lite DePalma, Greenberg & Rivas, LLC to be approved as lead counsel.

**ORDERED** that Cohen, Milstein, Hausfeld & Toll is approved as lead counsel.

/s/ John C. Lifland, U.S.D.J.